**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>  vs.<br><br>Charles Jones,<br><br>            Defendant | No. CR-99-893-PCT-RCB<br><br>**ORDER**<br><br>**(First Request)** |

Upon motion of the defendant for first request for disposition hearing continuance, and good cause appearing therefore,

IT IS HEREBY ORDERED continuing the disposition hearing currently set for November 19, 2012until December 6, 2012 at 10:45 a.m. The Court finds that the interests of justice outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated in defendant's motion.

The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from ____-_____ to ____-_____.

DATED this 12th day of November, 2012.

_____
Robert C. Broomfield
Senior United States District Judge